## JOHN GRASSO *v.* BEVERLY PIACENTINI
### (AC 27048)

Gruendel, Lavine and West, Js.

Argued February 22—officially released March 27, 2007

Per Curiam. The judgment is affirmed.

## DAMON SCOTT *v.* COMMISSIONER OF CORRECTION
### (AC 27138)

Bishop, Harper and Dupont, Js.

Argued March 13—officially released March 27, 2007

Per Curiam. The appeal is dismissed.

## JOSHUA MCRAE *v.* COMMISSIONER OF CORRECTION
### (AC 27067)

Schaller, McLachlan and Freedman, Js.

Argued March 19—officially released April 10, 2007

Per Curiam. The judgment is affirmed.